IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

HERMAN ALPHEUS JACKS,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5655

_____/

Opinion filed November 17, 2016.

An appeal from the Circuit Court for Duval County.
Russell L. Healey, Judge.

Nancy A. Daniels, Public Defender, and Joanna A. Mauer, Assistant Public Defender, for Appellant.

Pamela Jo Bondi, Attorney General, Giselle Denise Lylen, Assistant Attorney General, and Donna Gerace, Assistant Attorney General, for Appellee.

PER CURIAM.

     AFFIRMED.

WOLF, LEWIS, and OSTERHAUS, JJ., CONCUR.